UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD WAGNER, ) | |
| ) | Case No. C06-1400-RSL-JPD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING STIPULATED |
| JO ANNE BARNHART, Commissioner, ) | MOTION FOR EXTENSION OF |
| Social Security Administration, ) | TIME |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter comes before the Court on the parties' stipulated motion to extend the time by which defendant may file an answer to plaintiff's complaint. Dkt. No. 8. Good cause having been shown for this extension, *see* Dkt. No. 9, the Court ORDERS as follows:

(1) The parties' stipulated motion to amend the briefing schedule (Dkt. No. 9) is GRANTED. Defendant shall have an extension to and including **February 2, 2007**, to file defendant's answer. Thereafter, and once the administrative record is filed, the Court will set a briefing schedule in this case.

(2) The Clerk of Court is directed to send a copy of this order to the parties and to the Honorable Robert S. Lasnik, Chief Judge.

DATED this 10th day of January, 2007.

*/s/ James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge