UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD WAGNER, ) | |
| ) | Case No. C06-1400-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court, having reviewed plaintiff's motion for award of attorney's fees, expenses, and costs, defendant's response to the motion, and plaintiff's reply, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for attorney's fees (Dkt. No. 14) is GRANTED IN PART, as set forth in the Report and Recommendation.

(3) Plaintiff's attorney, Mr. George Andre Fields, is awarded fees in the amount of $2,382.56, based on 14.55 hours of work at the rate of $163.75 per hour, and expenses in the amount of $13.95.

(4) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Donohue.

ORDER
PAGE - 1

01       DATED this 26th day of July, 2007.

02

03                                                 /s/ Robert S. Lasnik

04                                                 Robert S. Lasnik
                                                United States District Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2